HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

    Plaintiff,

v.

STEVEN BLAKEMAN,

    Defendant.

CASE NO. C15-5261 RBL-KLS

ORDER AFFIRMING MAGISTRATE JUDGE'S RULING

[Dkt. # 31]

THIS MATTER is before the Court on Plaintiff Troupe's "Appeal [Dkt. #31] of Judge Strombom's Order [Dkt. #30]' denying Troupe's motion [Dkt. #28] to serve a subpoena. The Court will treat the Motion as an Objection to a Magistrate Judge's Order under Rule 72. The Plaintiff's objection does not address the Magistrate Judge's reasoning, and is not well-taken.

The Magistrate Judge's order on the underlying Motion [Dkt. #28] is therefore ACCEPTED. The Magistrate Judge's Order was correct, and the Plaintiff's Objection to it is DENIED.

&gt;&gt;

&gt;

ORDER AFFIRMING MAGISTRATE JUDGE'S
RULING - 1

1

2   IT IS SO ORDERED.

3   Dated this 11th day of September, 2015

4

5                                            /s/ Ronald B. Leighton
                                             Ronald B. Leighton
6                                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[DKT. # 31] - 2