UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

    Plaintiff,

  v.

STEVEN BLAKEMAN, LYNN WIERDSMA, THOMAS DELONG, BRENDA MCKINNEY, (FNU) RN YOUNG, (FNU) LT. MONGER, (FNU) C/O BUTTRUM, (FNU) SGT. MILLER, L. MCDONALD, JANE DOE (HSM),

    Defendants.

CASE NO. C15-5261 RBL-KLS

ORDER DENYING PLAINTIFF'S MOTIONS TO CLARIFY STAY AND FOR APPROVAL OF SUBPOENAS

    Plaintiff David Troupe files a motion to clarify stay of motions and a motion for approval of subpoenas. Dkts. 54 and 55. The motion to clarify is denied as moot. Mr. Troupe is directed to this Court's Order dated November 2, 2015 which lifted the stay following Judge Pechman's denial of his recusal motion. Dkt. 53. The motion for approval of subpoenas is denied. As Mr. Troupe has previously been advised, the Court will not "approve" the contents of a subpoena. Rather, the clerk of court will "issue" a subpoena in blank. The content, service, responses, and/or objections to a document subpoena are governed by Fed.R.Civ.P. 45.

ORDER DENYING PLAINTIFF'S MOTIONS
TO CLARIFY STAY AND FOR APPROVAL
OF SUBPOENAS - 1

Accordingly, it is **ORDERED:**

1. Plaintiff's motion to clarify (Dkt. 54) is **denied as moot.**

2. Plaintiff's motion for approval of subpoenas (Dkt. 55) is **denied.** The Clerk of Court is directed to issue two *blank* document subpoenas and mail them to Plaintiff.

DATED this 10th day of November, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTIONS
TO CLARIFY STAY AND FOR APPROVAL
OF SUBPOENAS - 2