UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TROUPE,<br><br>                Plaintiff,<br>   v.<br>STEVEN BLAKEMAN, et al.,<br><br>                Defendants. | No. C15-5261 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status and Preclude Discovery (62) is **granted in part and denied in part;** Defendants' motion to revoke IFP status and/or dismiss plaintiff's claims as frivolous is **DENIED**. Defendants' motion to preclude further discovery, to relieve them of their obligation to respond to plaintiff's 19th, 20th, and 21st sets of discovery, and to quash two subpoenas is **GRANTED**.

(3) Plaintiff's motion to extend the discovery deadline (Dkt. 59) is **DENIED.**

(4) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants, and to **re-refer** this matter to the Hon. Karen L. Strombom.

**DATED** this 16th day of March, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1