UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TROUPE,<br><br>                               Plaintiff,<br>    v.<br><br>STEVEN BLAKEMAN, et al.,<br><br>                             Defendants. | No. C15-5261 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. #132).

(2) Defendants' Motion for Summary Judgment (Dkt. #81) is **GRANTED**, and Plaintiff's claims are **dismissed with prejudice.**

(3) Plaintiff's pending motions are **DENIED as moot**.

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 26th day of September, 2016.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1